# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY JOHN CARACCI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>HABEAS CORPUS,<br><br>　　　　　Respondent. | Case No. CV 13-8224-JEM<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE